**FILED**

10/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0559



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 23 – 0559

DARRIN LELAND REBER,

        Petitioner,

    v.

MONTANA FOURTH JUDICIAL COURT,
HON. JUDGE SHANE VANNATTA, Presiding.

        Respondent.

**GRANT OF MOTION TO
PROCEED WITHOUT
PAYMENT OF FILING FEE**

    Motion to proceed without payment of the filing fee in this matter is **GRANTED.**

    DATED: October 24, 2023.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court